IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN SANCHEZ, | § | |
|     *Plaintiff,* | § | |
| | § | Civil Action No. 1:23-cv-01345 |
| v. | § | |
| | § | |
| SUMMER SHANKS, and USIC | § | |
| LOCATING SERVICES, LLC, | § | |
|     *Defendants.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COME NOW Defendants USIC Locating Services, LLC and Summer Shanks, and file their Notice of Removal, and would respectfully show unto the Court as follows:

## I.
## PROCEDURAL HISTORY

1. Plaintiff filed suit in Cause No. D-1-GN-23-006797, in the 250th Judicial District Court of Travis County, Texas on September 27, 2023.

2. Defendant USIC Locating Services, LLC was served with Plaintiff's Original Petition on October 6, 2023. Defendant USIC Locating Services, LLC filed a timely answer on October 27, 2023. Defendant Summer Shanks also filed an answer on November 3, 2023.

3. Defendants USIC Locating Services, LLC and Summer Shanks have filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

## II.
## NATURE OF THE SUIT

4. Plaintiff alleges that on or about October 20, 2021, he sustained damages as a result of a motor vehicle accident that occurred in Travis County, Texas. *See Pl.'s Original Pet*. at 3, ¶ 5.1.

5. Plaintiff's Original Petition states that Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00. *See Pl.'s Original Pet.* at p. 2, ¶ 4.1.

## III.
## BASIS FOR REMOVAL

6. Removal is proper as this Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332, in that this is a case of diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## IV.
## CITIZENSHIP OF THE PARTIES

7. Plaintiff is a citizen of the state of Texas. *See Pl.'s Original Pet.* at 1, ¶ 2.1. where in is states that Plaintiff, Jonathan Sanchez, is a Texas resident and currently resides in Travis County, Texas.

8. Defendant, Summer Shanks, is a citizen of the state of South Carolina, residing at 823 S. Church Street, Apt. 2214, Greenville, SC 29601. *See* Exhibit A, Affidavit of Summer Shanks. Defendant Summer Shanks is an individual who, at the time the lawsuit was filed and at the time of the filing of Defendants' Notice of Removal, is domiciled in the state of South Carolina, residing at 823 S. Church Street, Apt. 2214, Greenville, SC 29601. *See* Exhibit A, Affidavit of Summer Shanks. At all relevant times, Defendant Summer Shanks established her citizenship and residence in the State of South Carolina where she currently lives. *Id*.

9. Defendant, USIC Locating Services, LLC is deemed to be a citizen of the states of Delaware and Indiana.

10. Defendant USIC Locating Services, LLC is a limited liability company organized and formed under the laws of the state of Indiana. *See* Exhibit B, Affidavit of John Walls.

11. For purposes of federal diversity jurisdiction, a limited liability company ("LLC") is a citizen of the states where its members are citizens. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

12. Defendant, USIC Locating Services, LLC, has only one member which is USIC, LLC – another limited liability company organized under the laws of the state of Delaware. *See* Exhibit B, Affidavit of John Walls.

13. USIC, LLC has only one member which is USIC Holdings, Inc. *See* Exhibit B, Affidavit of John Walls.

14. According to 28 U.S.C. § 1332(c), a corporation shall be deemed, for purposes of federal diversity jurisdiction, to be a citizen of every state by which it has been incorporated and the state where it has its principal place of business.

15. USIC Holdings, Inc. is a corporation organized and formed under the laws of the state of Delaware. *See* Exhibit B, Affidavit of John Walls.

16. USIC Holdings, Inc.'s principal place of business is in the state of Indiana. *See* Exhibit B, Affidavit of John Walls.

17. Accordingly, Defendant USIC Locating Services, LLC's citizenship is determined by the states of citizenship of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Defendant, USIC Locating Services, LLC has only one member, another limited liability company; to-wit, USIC, LLC. *See* Exhibit B, Affidavit of John Walls. USIC, LLC has only one member, a corporation; to-wit, USIC Holdings, Inc. *See* Exhibit B, Affidavit of John Walls. USIC Holdings, Inc. is, for purposes of federal diversity jurisdiction, a citizen of the states of Delaware and Indiana. By application of the holding of *Harvey v. Grey Wolf Drilling Co.*, 542

F.3d 1077, 1080 (5th Cir. 2008), USIC Locating Services, LLC is a citizen of the states of its members; to-wit, the states of Delaware and Indiana.

18. Because Plaintiff is a citizen of Texas and Defendants are citizens of the states of South Carolina, Delaware, and Indiana, complete diversity of citizenship exists between the parties.

## V.
## VENUE

19. Venue for this removal is proper in this division under 28 U.S.C. §1441(a) because this division embraces the place in which the removed action has been pending.

## VI.
## DEFENDANTS' NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

20. All Defendants consent to the removal of this lawsuit.

21. Defendants have attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). (*See* **Exhibit C**, Index of Matters Being Filed).

22. Along with Defendants' Removal, Defendants have complied with Fed. R. Civ. P. 7.1 by filing two (2) copies of a Certificate and Disclosure of Interested Parties.

## VI.
## JURY DEMAND

23. Defendant, Summer Shanks, has made a demand for a jury trial in State District Court.

## VII.
## NOTICE TO STATE COURT

24. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

        Respectfully submitted,

        **CASTAGNA SCOTT, L.L.P.**
        1120 S. Capital of Texas Highway
        Building 2, Suite 270
        Austin, Texas 78746
        512/329-3290
        888/255-0132 fax


By: */s/ Lynn S. Castagna*
     Lynn S. Castagna
     State Bar No. 03980520
     Lynn@texasdefense.com
     Daryl R. Hayes
     State Bar No. 00790844
     Daryl@texasdefense.com

        **ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

*VIA E-SERVICE*
*And/or VIA E-MAIL*
Anna J. McMullen
The Amaro Law Firm
2500 E. TC Jester Blvd., Ste. 525
Houston, Texas 77008

and in accordance with the Federal Rules of Civil Procedure, on the 3rd day of November 2023.


        */s/ Lynn S. Castagna*
        Lynn S. Castagna